UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BEN H. SCOTT (#94592)

VERSUS

LT. COL. TODD BARRERE, ET AL.

CIVIL ACTION

NO. 13-524-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated July 3, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Summary Judgment Motion Federal Rule—56, Fed.R.C.Proc.*[3] and the Defendants' *Motion for Summary Judgment*[4] are DENIED and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 29 day of July, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 32.
[3] Rec. Doc. 28.
[4] Rec. Doc. 26.